FILED 18 SEP '26 13:51 USDC-ORE

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

**UNITED STATES OF AMERICA**

**v.**

**DYLAN A. FORD,**

**Defendant.**

**6:26-cr-** 00375-MC

**INDICTMENT**

**18 U.S.C. § 2251(a) and (e)**
**18 U.S.C. § 2252A(a)(5)(B) and (b)(2)**
**18 U.S.C. § 2422(b)**

**Forfeiture Allegations**

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Coercion and Enticement of a Minor)**
**(18 U.S.C. § 2422(b))**

Beginning on or about April 20, 2026, and continuing through on or about July 17, 2026, in the District of Oregon and elsewhere, defendant **DYLAN A. FORD**, did use any facility of interstate and foreign commerce, that is a digital device connected to the internet, to knowingly coerce, persuade, induce, and entice an individual, Minor Victim 2, who had not attained the age of 18 years, to engage in any sexual activity for which any person could be charged with a criminal offense;

In violation of Title 18, United States Code, Section 2422(b).

**COUNT 2**
**(Using a Minor to Produce a Live Visual Depiction of Sexually Explicit Conduct)**
**(18 U.S.C. § 2251(a) and (e))**

Between on or about March 8 and June 17, 2026, in the District of Oregon and elsewhere, defendant **DYLAN A. FORD**, used, employed, persuaded, and induced a minor, Minor Victim 2, to engage in sexually explicit conduct, for the purpose of transmitting a live visual depiction of such conduct, knowing or having reason to know the visual depiction would be transported or transmitted using any means or facility of, and in or affecting, interstate or foreign commerce; and the visual depiction was produced or transmitted using materials that were mailed, shipped, or transported in or affecting interstate or foreign commerce; and the visual depiction was actually transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce;

In violation of Title 18, United States Code, Section 2251(a) and (e).

**COUNT 3**
**(Attempting to Use a Minor to Produce a Visual Depiction of Sexually Explicit Conduct)**
**(18 U.S.C. § 2251(a) and (e))**

On or about June 12, 2026, in the District of Oregon and elsewhere, defendant **DYLAN A. FORD**, attempted to use, employ, persuade, and induce a minor, Minor Victim 3, to engage in sexually explicit conduct, for the purpose of producing a visual depiction of such conduct, knowing or having reason to know the visual depiction would be transported or transmitted using any means or facility of, and in or affecting, interstate or foreign commerce; and the visual depiction was produced or transmitted using materials that were mailed, shipped, or transported in or affecting interstate or foreign commerce; and the visual depiction was actually transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce;

In violation of Title 18, United States Code, Section 2251(a) and (e).

**COUNT 4**
**(Attempting to Use a Minor to Produce a Visual Depiction of Sexually Explicit Conduct)**
**(18 U.S.C. § 2251(a) and (e))**

Between or about June 26 and July 28, 2026, in the District of Oregon and elsewhere, defendant **DYLAN A. FORD**, attempted to use, employ, persuade, and induce a minor, Minor Victim 4, to engage in sexually explicit conduct, for the purpose of producing a visual depiction of such conduct, knowing or having reason to know the visual depiction would be transported or transmitted using any means or facility of, and in or affecting, interstate or foreign commerce; and the visual depiction was produced or transmitted using materials that were mailed, shipped, or transported in or affecting interstate or foreign commerce; and the visual depiction was actually transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce;

In violation of Title 18, United States Code, Section 2251(a) and (e).

**COUNT 5**
**(Possession of Child Pornography)**
**(18 U.S.C. § 2252A(a)(5)(B) and (b)(2))**

On or about July 28, 2026, in the District of Oregon, defendant **DYLAN A. FORD**, knowingly possessed child pornography, as defined in Title 18, United States Code, Section 2256(8), which contained visual depictions of minors engaged in sexually explicit conduct, such images having been mailed, shipped, and transported in or affecting interstate and foreign commerce by any means, including by computer;

In violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

///

## FIRST FORFEITURE ALLEGATION

Upon conviction of the offense in Count 1, defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 2428, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the aforesaid violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violation.

## SECOND FORFEITURE ALLEGATION

Upon conviction of any offense in Counts 2 through 5, defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 2254, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the aforesaid violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations.

Dated: September 18, 2026.

A TRUE BILL.

[redacted]

Presented by:

SCOTT E. BRADFORD, OSB #062824
United States Attorney

WILLIAM M. McLAREN, OSB #143836
Assistant United States Attorney

BRIANA L. THOMPSON, D.C. Bar #90037944
Assistant United States Attorney